IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THEODORE DAVID CATER                                                              PLAINTIFF

v.                                  CASE NO.  2:20-CV-2100

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** this February 11, 2021.

*/s/ P. K. Holmes III*
P. K. HOLMES III
U.S. DISTRICT JUDGE